**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 03-7318**

―――――――――――

In Re: COLIN SEALE,

                                              Petitioner.


―――――――――――

On Petition for Writ of Mandamus.
(CR-97-663, CA-00-918)

―――――――――――

Submitted: December 11, 2003      Decided: December 22, 2003

―――――――――――

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Colin Seale, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Colin Seale petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has now ruled on his § 2255 motion. Accordingly, because the district court has recently decided Seale's case, we deny the mandamus petition as moot. We grant Seale's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED